OPINION — AG — THAT PRESENT LAWS DO NOT AUTHORIZE A PROCEDURE WHEREBY ATTORNEYS WHO HAVE BEEN APPOINTED BY A SPECIAL SESSION JUDGE TO REPRESENT INDIGENT DEFENDANTS AT PRELIMINARY HEARINGS COULD BE COMPENSATED FOR SAME FROM A FUND SET UP FOR SUCH PURPOSE BY THE COUNTY COMMISSIONERS FROM THE COUNTY GENERAL FUND. CITE: 22 O.S. 1965 Supp., 1271 [22-1271], 19 O.S. 1961 339 [19-339] (CHARLES OWENS)